**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 22-1028**

KIMBERLY MALLETT,

Plaintiff - Appellant,

v.

DISNEY ENTERPRISES,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:21-cv-00616-RDA-JFA)

Submitted: April 14, 2022                                   Decided: April 19, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kimberly Mallett, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Mallett appeals the district court's order striking her amended complaint.*

On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Mallett's informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Mallett v. Disney Enters.*, No. 1:21-cv-00616-RDA-JFA (E.D. Va. Dec. 21, 2021). We deny Mallett's motions to appoint counsel and for discovery. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* To the extent Mallett seeks to appeal the district court's November 24, 2021, order dismissing her original complaint, the notice of appeal was untimely filed, and we therefore dismiss for lack of jurisdiction. *See Bowles v. Russell*, 551 U.S. 205, 214 (2007) ("[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement.").